# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Bernique Abiakam          Date:  September 26, 2012
Court Reporter:    Terri Lindblom

Criminal Action No. 12-cr-00107-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               Mark Barrett

    Plaintiff,

v.

COYTE HOLBERT,                          Richard Stuckey

    Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**10:05 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**ORDER:**     The CM/ECF docket text in Doc. No. 1 shall be corrected to state "Indictment", instead of "Modified Indictment".

Defendant is re-arraigned on **Count One** of the **Indictment**.  Defendant pleads guilty to **Count One** of the **Indictment.**

Defendant sworn and answers questions asked by the Court.

Defendant advised regarding:

    1)  The Plea Agreement;
    2)  The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)  The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.
Oral findings are made of record.

**ORDER:** The Government's Oral Motion to Dismiss Counts Two, Three, and Four of the Indictment is **GRANTED.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count One of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set January 2, 2013 at 1:30 p.m., in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motions (Doc. Nos. 17, 18, 19, and 23) are DENIED as MOOT.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**10:44 a.m.    Court in recess.**
**Total Time: 39 minutes.**
**Hearing concluded.**